# Court of Appeals
# of the State of Georgia

ATLANTA, May 05, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1550. JOSEPH NEIL KELLY v. A. JAMES ROCKEFELLER.

On December 17, 2024, the trial court entered a twelve-month protective order against Joseph Neil Kelly. Kelly filed a notice of appeal from this ruling on January 31, 2025. Appellee James Rockefeller has filed a motion to dismiss the appeal, arguing among other things that Kelly's notice of appeal was untimely.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Because Kelly's notice of appeal was filed 45 days after entry of the protective order, it is untimely. Accordingly, Rockefeller's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/05/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*